Nora EDWARDS et al., Appellants, v. M.
M. ZACHARY'S ADMINISTRATOR
(Russell Brown), Appellee.

Court of Appeals of Kentucky.

Oct. 23, 1953.

Montgomery & Montgomery, Liberty,
for appellants.

Moore & Pittman, Liberty, for appellee.

PER CURIAM.

We have examined the record in this
case and think the chancellor was correct
in entering judgment against the appel-
lants in favor of M. M. Zachary's adminis-
trator on a note for $1035, executed to M.
M. Zachary by J. L. Zachary and Lee Ann
Zachary, in 1934, and on which certain
credits were entered.

Judgment affirmed.